```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                    SOUTHERN DIVISION at PIKEVILLE


ROBERT D. HALL,                    )
                                   )
     Plaintiff,                    )       Civil Case No.
                                   )       7:20-cv-101-JMH
v.                                 )
                                   )          Judgment
                                   )
ANDREW SAUL, COMMISSIONER OF       )
SOCIAL SECURITY,                   )
                                   )
     Defendant.                    )
                                   )
                                   )

                                 ***
```

In accordance with the Court's Order entered contemporaneously herewith, Rule 58 of the Federal Rules of Civil Procedure, and pursuant to 42 U.S.C. § 405(g),

**IT IS ORDERED** and **ADJUDGED** as follows:

(1) Defendant Commissioner's decision denying Plaintiff's disability claim is **AFFIRMED;**

(2) Judgment is **ENTERED** in favor of Defendant Commissioner;

(3) All remaining claims for relief or pending motions are **DENIED AS MOOT;**

(4) This matter is **DISMISSED** and **STRICKEN FROM THE COURT'S ACTIVE DOCKET;** and

(5) This is a **FINAL** and **APPEALABLE JUDGMENT,** and there is no just cause for delay.

This 26th day of May, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge